UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YESSUH SUHYES HUSSEY,

               Plaintiff,

-against-

TIFFANY DORETHEA MCDUFFIE,

               Defendant.

23-CV-4373 (LTS)

CIVIL JUDGMENT

For the reasons stated in the August 28, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 27, 2023
          New York, New York

                                           /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                         Chief United States District Judge